UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Dakaret Lopez Flores**

      v.                                                          Case No. 26-cv-94-PB-TSM

**Christopher Brackett, Superintendent**
**Strafford County Department of Corrections, et al.**

### ORDER

Dakaret Lopez Flores filed the instant petition for a writ of habeas corpus on February 9, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Lopez Flores's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Lopez Flores would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 5. While the government gestures to certain arguments related to that authority—which it remains

free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Lopez Flores's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Lopez Flores a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Lopez Flores's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/<u>s</u>/  Paul Barbadoro<br>
Paul J. Barbadoro<br>
United States District Judge

February 18, 2026

cc: Counsel of Record